NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
PAUL B. GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Facsimile: (213) 894-7819
    Email: Paul.Green@usdoj.gov

Attorneys for Defendant
United States Small Business Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHDEV VASISHT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HANMI BANK, a California corporation; RAJINDER ADLAKHA, an individual; REENA SONI ADLAKHA, an individual and trustee of the PINEWOOD IRREVOCABLE TRUST DATED APRIL 7, 2018; ANDREW CHONG, an individual; SMALL BUSINESS ADMINISTRATION, an agency of the United States government; and DOES 1-100, inclusive,<br><br>    Defendants. | No. CV 20-07574<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 1442(a)(1)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, BY AND THROUGH COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant United States Small Business Administration ("Defendant") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On June 17, 2020, Sukhdev Vasisht ("Plaintiff") filed a civil action against Defendant and other private party defendants in the Superior Court of the State of California for the County of Los Angeles, entitled *Sukhdev Vasisht, an individual, v. Hanmi Bank, a California corporation, et al.*, as Case No. 20PSCV00396. A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. In addition, a copy of the state court docket is attached as Exhibit 2.

2. This action is one that may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof." Defendant United States Small Business Administration is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity.

3. It is unknown whether Plaintiff has served the United States Attorney General as required by Rule 4(i). *See* Fed. R. Civ. P. 4(i)(1)(B). The United States Attorney's Office received notice of this suit less than 30 days ago and therefore removal is timely. In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4. Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse party and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

5.  This Court is the proper district and division to hear this case because Plaintiff brought this action in the Superior Court of the State of California for the County of Los Angeles. *See* 28 U.S.C. § 1442(a).

6.  Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Defendant removes the action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 20PSCV00396, to the United States District Court for the Central District of California.

Dated: August 20, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/ Paul B. Green*
PAUL B. GREEN
Assistant United States Attorney

Attorneys for Defendant
United States Small Business Administration